# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| EILEEN RAPOSA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.,*<br><br>Defendants. | Case No. 22-cv-05896-ES-ESK |
| MICHAEL RAFFO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., *et al.*,<br><br>Defendants. | Case No. 22-cv-06230-ES-ESK |

**VOLUNTARY DISMISSAL OF PLAINTIFFS**
**NICOLE GOODFLEIS, NICOLE MEDLEY, ASHLEY DAVIS, AND TONY GUNDOLF**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Nicole Goodfleis, Nicole Medley, Ashley Davis, and Tony Gundolf, by their undersigned counsel, hereby dismiss all claims asserted on their behalf in the Supplemental Amended Consolidated Class Action Complaint (D.E. 23) in these consolidated actions without prejudice, with each party to bear its own costs.

1

Dated: May 24, 2023

                                        Respectfully submitted,

                                        SQUITIERI & FEARON, LLP

                                        By: */s/ Lee Squitieri*
                                        305 Broadway
                                        7th Floor
                                        New York, New York 10007
                                        (212) 421-6492
                                        lee@fsclasslaw.com

**SO ORDERED.**
The Clerk of the Court shall mark this matter **CLOSED.**

**Hon. Esther Salas, U.S.D.J.**
**Dated:** May 25, 2023

2