UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| EILEEN RAPOSA, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Case No. 22-cv-05896-ES-ESK<br>(consolidated with Case No. 22-cv-06230-ES-ESK) |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Eileen Raposa, *et al.*, and Defendant Volkswagen Group of America, Inc., having settled all claims, hereby stipulate to the dismissal of these actions in their entirety with prejudice, with each side to pay its own costs.

Respectfully submitted,

*/s/ Tiffany M. Alexander*
Tiffany M. Alexander
NELSON MULLINS RILEY & SCARBOROUGH LLP
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Tel.: 610-943-5351
tiffany.alexander@nelsonmullins.com

Terri S. Reiskin (*pro hac vice*)
NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Ave. NW, Suite 900
Washington, D.C., 20001
Tel.: 202-689-2800
terri.reiskin@nelsonmullins.com

*Counsel for Defendant Volkswagen Group of America, Inc.*

/s/ *Lee Squitieri (signed with permission)*
Lee Squitieri
SQUITIERI & FEARON, LLP
305 Broadway
7th Floor
New York, New York 10007
Tel: (212) 421-56492
lee@sfclasslaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2024, the foregoing Stipulation of Dismissal was filed via CMECF and thereby served on all counsel of record.

/s/ *Tiffany M. Alexander*

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 11/1/2024

2